UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD ELY-SCOTT, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>WALMART INC., d/b/a WALMART, a foreign corporation, DOES I through X, inclusive; DOE EMPLOYEES I through X; and ROE CORPORATIONSI through X, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-01812-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS LITIGATION WITH PREJUDICE** |

COMES NOW Plaintiff CLIFFORD ELY-SCOTT ("Plaintiff) by and through his counsel of record, the law firm of HENNESS & HAIGHT, and Defendant WALMART INC., d/b/a WALMART ("Defendant") by and through its counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice.

///

///

///

1                                                                                                          KB/28019

There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 8th day of March, 2023.             DATED this 8th day of March, 2023.

**HENNESS & HAIGHT**                            **ALVERSON TAYLOR & SANDERS**

/s/Jacob S. Smith                               /s/ Kurt R. Bonds
JACOB S. SMITH, ESQ.                            KURT R. BONDS, ESQ.
Nevada Bar No. 10231                            Nevada Bar #6228
ERIC A. CIAROLLA, ESQ.                          MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 15395                            Nevada Bar #16183
8972 Spanish Ridge Avenue                       6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89148                         Las Vegas, Nevada 89149
*Attorneys for Plaintiff*                       *Attorneys for Defendant*

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 9th day of March, 2023.

Anne R. Traum
United States District Court Judge

N:\CLIENTS\Walmart\28019\Pleadings\SAO to Dismiss.doc

2                                                                KB/28019